391 A.2d 673

Commonwealth v. Barnett, Appellant.

Submitted March 13, 1978. James M. Schall, Public Defender, for appellant; Gary Deane Wilt, District Attorney, for Commonwealth, appellee.

Order affirmed.

HOFFMAN, J., dissented.